IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RUBEN PLASCENCIA, <br>     Plaintiff, | § § § | |
| v. | § § | EP-19-CV-40-PRM |
| KIRK HILLMAN and <br> HEARTLAND EXPRESS, <br> INC. OF IOWA, <br>     Defendants. | § § § § § | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 8th day of October, 2019.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE